**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1520

DARLENE BENNETT,

　　　　　Plaintiff - Appellant,

　　　v.

GINA RAIMONDO, Secretary of Commerce,

　　　　　Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah Lynn Boardman, District Judge.  (8:22-cv-02972-DLB)

Submitted:  September 19, 2024                    Decided:  September 23, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darlene Bennett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darlene Bennett appeals the district court's order granting Defendant's motion to dismiss, or in the alternative, for summary judgment, on Bennett's retaliation claim, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and affirming an order of the Merit Systems Protection Board sustaining the United States Department of Commerce's decision to remove Bennett.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Bennett v. Raimondo*, No. 8:22-cv-02972-DLB (D. Md. filed Mar. 31, 2024 & entered Apr. 1, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*